

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD**

DEC 17 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

**v.**                              CRIMINAL NO. ___1:07-CO239___
                                    **18 U.S.C. § 1956(h)**

**CRAIG COOK**


# I N F O R M A T I O N

The United States Attorney Charges:

1.  From at least early 2007 to on or about May 18, 2007, at or near Havaco and Welch, McDowell County, West Virginia, and Bluefield, Mercer County, West Virginia, within the Southern District of West Virginia, and elsewhere, Defendant CRAIG COOK and persons both known and unknown to the United States Attorney did knowingly conspire to commit offenses against the United States, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), to wit: knowingly to conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute quantities of oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, while knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and also while knowing that the

property involved in the financial transactions represented the proceeds of some form of unlawful activity.

2.    In furtherance of the of the conspiracy, Defendant CRAIG COOK, and other persons known to the United States Attorney, participated in the transfer of the proceeds of the specified unlawful activity from the Southern District of West Virginia to Tazewell, Virginia, where the financial transaction was conducted, as described in paragraph 3 below.

3.    From on or about May 9, 2007, through on or about May 18, 2007, persons known to the United States Attorney traveled to Tazewell, Virginia, and did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, that is paying $12,500.00, more or less, in United States currency in connection with the purchase of and transfer of title to a 2007 Cadillac Escalade from defendant CRAIG COOK, who was employed by a car dealership in Tazewell, Virginia, which United States currency involved the proceeds of the specified unlawful activity and which defendant CRAIG COOK knew represented the proceeds of some form of unlawful activity.

4.    Defendant CRAIG COOK conducted the aforesaid financial transaction knowing it was designed in whole or in part to conceal and disguise the true nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, that is, the conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846, by making materially false statements by reporting the purchasers of the aforesaid vehicle in nominee

names instead of the true purchasers, who are known to the United States Attorney.

In violation of Title 18, United States Code, Section 1956(h).

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: _____
MILLER A. BUSHONG III
Assistant United States Attorney

Date Filed: December 17th, 2007