**MOTION TO EXPEDITE**



FILED

MAR 5 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
Southern District of West Virginia at Bluefield

---

United States

v.

Craig Cook

Civil Action No. 1:10-0840

---

Now comes Craig Cook, Pro Se, to enter a Motion to Expedite a briefing and hearing on the above civil Case.

The Civil Action No. 1:10-0840 was referred by Standing Order filed on June 18th, 2010, to Magistrate Judge R. Clarke VanDervort. This case remains under review by Magistrate Judge VanDervort for total pretrial management and the submission of proposed findings of fact and recommendation for disposition.

Movant contends that irreparable harm has occured and continues to occur as a result of his ongoing incarceration.

Movant avers that as there is a high probability of a decision favorable to him, an expedited briefing and hearing on his Civil Action is in order.

MOvant further contends that the facts of the case warrant the issuance of an order securing his release on bail or on his own recognizance.

Movant believes that his Civil Action has great merit and that there is at least a reasonable possibility of ultimate reversal of the judgement of conviction appealed from.

WHEREFORE, movant, Craig Cook, respectfully prays that the Motion to Expedite be granted. And that an Order be entered revoking the Order committing him to the custody of the Federal Bureau of Prisons, and releasing him in his own recognizance, or on bail, together with such other and further relief as this court may deem proper and just. Respectfully submitted:

Craig Cook, #08399-088

FCI Elkton
P. O. Box 10
Lisbon, OH 44432

NAME: Craig Cook
REG # 08399-088
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

+++ LEGAL MAIL +++

YOUNGSTOWN OH 444

01 AUG 2012 PM2 L

⇔08399-088⇔
Teresa L Deppner
United States Dist Court
4128 Federal ST
Bluefield, WV 24701
United States

FEDERAL CORRECTIONAL INSTITUTION

P. O. BOX 129

LISBON, OHIO 44432 _3/1/2012_
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
MAILING PROCEDURES FOR FORWARDING TO YOU. THE
LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE
WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE
ADDRESS.