1:10- 0840
1:07-00239-001

FILED

APR 1 7 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

The Honorable Judge Irene Burger

Your Honor, I am writing this letter in need of assistance. On June 10, 2010. I filed a motion 2255 to the District Court of Bluefield WV. On or around October 11, 2011. I filed an amendment to the Court regarding the same motion. And finally after a call to the Clerk of the Court. I filed a motion to expedite.

I have the ability to follow my case via, Pacer However, I am confused as to why after nearly two years. I have not recieved a responce from the Magistrate Judge?

I have a vague understanding of the rules of the Court and how they apply to motions of this type, But the time it has taken to hear from the Court seems lengthy.

Is there something that I may have the ability to do from Prison to ask the Court to please Consider this motion. Thank you for your time and Consideration in this matter.

Sincerely.
Craig S. Cook
Craig S. Cook #08399-088
Case # 1:07-mj-00089

NAME _Craig S. Cook_
REG.# _08399-088_
Federal Correctional Institution Elkton
P. O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
13 APR 2012 PM 2 L

⇔08399-088⇔
Teresa L Deppner
United States Dist Court
4128 Federal ST
Bluefield, WV 24701
United States

LEGAL
MAIL

2470133999